1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12  VERONICA ARREDONDO SALCEDO,

13                  Plaintiff,                    Case No. 3:25-cv-07617 LJC

14            v.                                  **STIPULATION TO EXTEND TIME FOR
                                                  DEFENDANTS' RESPONSE TO PLAINTIFF'S
15  KRISTI NOEM, Secretary of the United States   COMPLAINT; AND [PROPOSED] ORDER**
    Department of Homeland Security, *et al*.,
16
                    Defendants.
17

18      The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's

19  complaint. Defendants will file their response on or before December 17, 2025. The parties make this

20  request because the agency is in the process of reviewing this case.

21      The parties further request a corresponding extension on the deadline for filing a motion for

22  summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently,

23  Defendants must file a motion for summary judgment by 120 days after the complaint was served, or

24  January 14, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the

25  parties request that Defendants must file their motion for summary judgment by February 13, 2026.

26

27

28
   Stipulation to Extend
   C 3:25-cv-07617 LJC                           1

| | |
|---|---|
| Dated: November 17, 2025 | Respectfully submitted,[1]<br><br>CRAIG H. MISSAKIAN<br>United States Attorney<br><br> */s/ Elizabeth D. Kurlan* <br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: November 17, 2025 | */s/ Joye Wiley* <br>JOYE WILEY<br>Wiley & Jobson LLP<br>Attorney for Plaintiff |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  November 18, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.