CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA ARREDONDO SALCEDO,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07617 LJC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |

On November 18, 2025, the Court granted the parties first stipulation to extension of time for Defendants' response to Plaintiff's complaint. Dkt. No. 11. The parties hereby stipulate to an additional extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response by February 2, 2026.

United States Citizenship and Immigration Services ("USCIS") issued a Notice of Intent to Deny ("NOID") to Plaintiff on her Form I-485, Application to Register Permanent Residence or Adjust Status, and the response is due by December 19, 2025. Upon receipt of Plaintiff's response to the NOID, USCIS will review the response and take further adjudicative action. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by March 30, 2026.

Stipulation to Extend
C 3:25-cv-07617 LJC                   1

| | |
|---|---|
| Dated: December 9, 2025 | Respectfully submitted,[1]<br><br>CRAIG H. MISSAKIAN<br>United States Attorney<br><br>/s/ Molly A. Friend<br>MOLLY A. FRIEND<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: December 9, 2025 | /s/ Joye Wiley<br>JOYE WILEY<br>Wiley & Jobson LLP<br>Attorney for Plaintiff |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   December 10, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:25-cv-07617 LJC                                2