CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA ARREDONDO SALCEDO,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-07617 LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; AND [PROPOSED] ORDER** |

On December 10, 2025, the Court granted the parties second stipulation to extension of time for Defendants' response to Plaintiff's complaint.  Dkt. No. 14.  Plaintiff filed this action seeking adjudication of her Form I-485, Application to Register Permanent Residence or Adjust Status. On January 26, 2026, United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") to Plaintiff on her Form I-485.  Upon receipt of Plaintiff's response to the RFE, USCIS will take further adjudicative action.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 3, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit

Stipulation
C 3:25-cv-07617 LJC                              1

the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 2, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

_/s/ Molly A. Friend_
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: February 2, 2026

_/s/ Joye Wiley_
JOYE WILEY
Wiley & Jobson LLP
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until April 3, 2026.

Date:    February 3, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-07617 LJC                    2